### Ex Parte Avila.

Solicitud para que se expida mandamiento de Habeas Corpus.

No. 23.—Resuelto en Octubre 21, 1903.

MULTA.—PRISIÓN SUBSIDIARIA.—Una sentencia condenando al acusado á tres meses de cárcel y doscientos dollars de multa, y en defecto de pago de la misma, á sufrir un año y treinta y cuatro días más de cárcel, es legal en cuanto á la *pena principal* y á la subsidiaria que *corresponda con arreglo á derecho.*

#### EXPOSICIÓN DEL CASO.

En 18 de Julio de 1903 José Avila fué condenado, por el delito de turbar la paz pública, á la pena de tres meses de Cárcel y doscientos dollars de multa, y en defecto del pago de dicha multa, á sufrir un año y treinta y cuatro días más de prisión. Cumplida la pena principal de los tres meses, y cuando ya empezaba á sufrir la prisión subsidiaria por no

sias to be brought before the court, and that a day and hour be set for the hearing; that the *Fiscal* be cited, and as a result of the hearing, that petitioner be discharged.

Mr. *Falcón*, for the petitioner.

Mr. *del Toro*, *Fiscal*, for the People.

No. 23.—Decided October 21, 1903.

#### STATEMENT OF THE CASE.

haber satisfecho el importe de la multa presentó petición de Habeas Corpus al Tribunal Supremo alegando que dicha prisión era ilegal por que siendo el máximun de la pena de prisión á que hubiera podido ser condenado de tres meses, según el artículo 368 del Código Penal, no puede pasar de este límite la subsidiaria que se imponga por defecto de pago de multa, según el artículo 322 del Código de Enjuiciamiento Criminal.

Abogado del peticionario: *Sr. Falcón.*

Abogado del Pueblo: *Sr. del Toro, Fiscal.*

### Opinión del Tribunal.

*Considerando:* que el peticionario José Avila alicea no está en la actualidad ilegalmente privado de su libertad, toda vez que no ha extinguido aún la prisión subsidiaria correspondiente con arreglo á la ley, se declara no haber lugar á la excarcelación solicitada por el preso José Avila y Alicea, el que deberá ser conducido nuevamente á la Cárcel donde se encontraba extinguiendo su condena, bajo la custodia del Alcaide de dicho establecimiento penal, con las costas á cargo del promovente.

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados, Hernández, Sulzbacher y MacLeary.

El Juez Asociado Sr. Figueras no formó Tribunal en la vista de este caso.